UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

Docket No. 7:12-CR-110-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| GERLEAN BRUNSON WHITE | ) | |
|     Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Thursday, March 7, 2013, in New Bern. The case is hereby CONTINUED to 7/10/2013 at 9:30 am in New Bern, North Carolina.

This 25th day of February 2013.

_____
Louise W. Flanagan
U.S. District Judge