# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Gerlean Brunson White                             Docket No.   7:12-CR-110-1FL

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Gerlean Brunson White, who, upon an earlier plea of guilty to Theft of Government Property, 18 U.S.C. § 641, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on July 10, 2013, to the custody of the Bureau of Prisons for a term of 5 months.  It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 150 consecutive days.  The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer.  The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.  The defendant shall pay for electronic monitoring services as directed by the probation officer.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall submit to financial or consumer credit counseling as directed by the probation office.

5. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

6. The defendant shall pay a $100.00 special assessment and $87,998.00 in restitution in monthly installments of $100.00 to begin 60 days upon her release from prison.

Gerlean Brunson White was released from custody on January 24, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The releasee was placed on the home detention program with electronic monitoring on February 14, 2014 to serve 150 days as ordered by the court. On April 30, 2014, she was taken off the program prior to her admission to the hospital on May 2, 2014, for open heart surgery. Since the releasee was taken off the home detention program early she has only satisfied 75 days of the required 150 days.

Since the releasee's surgery, she has been reluctant to have the electronic monitoring device reattached to her leg. She told the probation office that she believed the monitoring device had a negative impact on her heart. She spoke to her doctor about her fears and he submitted a letter to the probation office requesting that the monitoring device not be reattached because of the undue stress it would cause the releasee.

Considering the doctor's request, the probation office has agreed to petition the court to remove the electronic monitoring component of the home detention condition. All other conditions and terms of the home detention condition will remain intact.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The electronic monitoring component of the home detention condition as previously ordered by the court is removed. All other conditions and terms of the home detention condition shall remain intact.

   Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

  /s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: November 13, 2014

Gerlean Brunson White
Docket No.   7:12-CR-110-1FL
Petition For Action
Page  3

## ORDER OF COURT

Considered and ordered this  17th  day of   November        , 2014, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge